**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.  6:19-CR-00337-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BERNELL GEORGE (01)** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for report and recommendation.  After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation [Doc. No. 105] is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Bernell George, is **ACCEPTED**, and he is fully adjudged guilty of the offense charged in Count 1 of the indictment, consistent with the report and recommendation.

MONROE, LOUISIANA, this 16th day of November 2022.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE